SARA J. SAVAGE (SBN 199344)
ssavage@selmanlaw.com
SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
33 New Montgomery, Eighteenth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Plaintiff/Counter-Defendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JS UNION, LLC; SHAHIN YAZDI; LOCALI MANAGEMENT GROUP, LLC: CASHIO PROPERTIES; and DOES 1 through 50 ,<br><br>　　　　　Defendants.<br><hr>JS UNION, LLC and SHAHIN YAZDI<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>SCOTTSDALE INSURANCE COMPANY<br><br>　　　　　Counter-Defendant. | Case No. 2:20-cv-08701-SPG-AFM<br><br>**PLAINTIFF/COUNTER-DEFENDANT SCOTTSDALE INSURANCE COMPANY'S SETTLEMENT STATEMENT**<br><br>FPTC Date: February 19, 2025<br>Time: 3:00 p.m.<br>Dept: Courtroom 5C<br>Judge: Hon. Sherilyn Peace Garnett<br><br>Bench Trial Date: April 14, 2025<br>Complaint Filed: 9/22/2020 |

1
PLAINTIFF/COUNTER-DEFENDANT SCOTTSDALE'S SETTLEMENT STATEMENT
CASE NO. 2:20-CV-08701-SPG-AFM

The parties participated in mediation in 2021 and in March 2024 and were unsuccessful in resolving this matter.

Dated: January 22, 2025

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP

By: _____
SARA J. SAVAGE
Attorneys for Plaintiff/Counter-Defendant
SCOTTSDALE INSURANCE COMPANY