JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHAHIN YAZDI; JS UNION, LLC; LOCALI MANAGEMENT GROUP, LLC; CASHIO PROPERTIES; and DOES 1 through 50,<br><br>　　　　　　Defendants. | Case No. 2:20-08701-SPG-AJR<br><br>**JUDGMENT** |

　　　This matter came before the Court for a bench trial on Plaintiff Scottsdale Insurance Company's ("Plaintiff") claims for declaratory relief and reimbursement of settlement costs for noncovered claims, pursuant to *Blue Ridge Insurance Co. v. Jacobsen*, 25 Cal. 4th 489 (2001). Having reviewed the parties' joint proposed findings of fact and conclusions of law, the testimony of the witnesses at trial, the admitted evidence, the filings on the case docket, and the closing arguments of counsel, and for the reasons discussed more fully in the Court's Post Trial Findings of Fact and Conclusions of Law,

**IT IS ORDERED** that **JUDGMENT** is hereby entered:

1. In favor of Plaintiff on its claims for declaratory relief; and
2. In favor of Defendants Shahin Yazdi, JS Union, LLC, Locali Management Group, LLC, and Cashio Properties ("Defendants") and against Plaintiff on Plaintiff's "*Blue Ridge*" claims for reimbursement of settlement costs.

**IT IS SO ORDERED.**

DATED: August 12, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE